No. 76–6867. Corrado et ux. *v.* Providence Redevelopment Agency. Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–77. O'Brien, Executor, et al. *v.* City of Syracuse et al. Appeal from App. Div., Sup. Ct. N. Y., 4th Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–145. Crismon *v.* United States. Appeal from C. A. 9th Cir. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–44. Barnes & Tucker Co. *v.* Pennsylvania. Appeal from Sup. Ct. Pa. Motion of National Coal Assn. et al. for leave to file a brief as *amici curiae* granted. Appeal dismissed for want of substantial federal question. Mr. Justice Brennan and Mr. Justice White would note probable jurisdiction and set case for oral argument.

No. 77–234. Spencer *v.* Spencer et al. Appeal from D. C. M. D. N. C. dismissed for want of jurisdiction. *MTM, Inc.* v. *Baxley,* 420 U. S. 799 (1975).

No. 77–5216. Townsley *v.* Board of Port Commissioners, Port of Oakland. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of a properly presented federal question.